

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

March 10, 2020

**U.S. District Court Judge Brenda K. Sannes**
**Northern District of New York**
**James M. Hanley Federal Building & U.S. Courthouse**
**100 S. Clinton St.**
**Syracuse, NY 13261**

      Re:  Deborah Laufer v. Geo Hotel Co. Inc.
         Case No.: 5:19-cv- 01584 (BKS/ML)
         <u>NOTICE OF SETTLEMENT</u>

**Greetings Judge Sannes,**

  Please note that the undersigned is the attorney for plaintiff in the above referenced matter. I am pleased to report that the parties have reached a settlement in this action. The parties join in this Letter Motion seeking a stay of all court proceedings in this matter through April 15, 2020, while the settlement agreement is consummated.

  Thank you for your attention and courtesy in this matter.

Very truly yours,

*Peter Sverd*

Peter Sverd, Esq.